IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT SINGH, | 1:06-CV-01141-AWI-DLB-HC |
| Petitioner, | |
| vs. | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |
| ATTORNEY GENERAL, et al., | |
| Respondents. | (DOCUMENT #2) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 28, 2006, Petitioner filed a Motion to Proceed In Forma Pauperis and a certified copy of his prison trust account statement. Examination of these documents reveals that Petitioner is able to afford the costs of this action. Specifically, six months prior to filing, Petitioner has had an average balance of at least $175.00 in his account. His current balance is $441.36.

Accordingly, the motion to proceed in forma pauperis is DENIED. See 28 U.S.C. § 1915. Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of this order. Failure to follow this order may result in the Petition being dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   September 28, 2006**            /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE