1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 SARBJIT SINGH,                                              )       1:06-CV-01141-AWI-DLB-HC
                                                             )
12       Petitioner,                                      )       ORDER DENYING REQUEST FOR
                                                             )       APPOINTMENT OF COUNSEL
13          v.                                           )       (DOCUMENT #3)
                                                             )
14 ATTORNEY GENERAL, et al.,                                  )
                                                             )
15                                                            )
         Respondents.                                     )
16 _____                      )

17         Petitioner has requested the appointment of counsel.  There currently exists no absolute

18 right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

19 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

20 cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

21 of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

22 Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

23 justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

24 HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

25

26       IT IS SO ORDERED.

27     **Dated:**     **October 3, 2006**               **/s/ Dennis L. Beck**
   ah0l4d                                UNITED STATES MAGISTRATE JUDGE

28