# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT SINGH,<br><br>        Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL, et.al.,,<br><br>        Respondents.<br>_____/ | CV F   06-1141 AWI DLB HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>[Doc. 10] |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      Now pending before the Court is Respondent's motion for an extension of time to file an answer to the petition. (Court Doc. 10.)

      GOOD CAUSE having been presented, Respondent's request is granted and an answer shall be filed on or before March 8, 2007.


      IT IS SO ORDERED.

    Dated:   **January 18, 2007**                              **/s/ Dennis L. Beck**
ah0l4d                                                                      UNITED STATES MAGISTRATE JUDGE